(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of __MAINE__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>WEINBERG ROBERT PAUL | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>BOB, HOUSE CALL DOCS | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 6336 | Last four digits of Soc. Sec.No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>94 MAIN STREET<br>DIXFIELD, ME 04224 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: OXFORD | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | 05-20320 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☑ Individual(s)        ☐ Railroad<br>☐ Corporation         ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other _____        ☐ Clearing Bank | ☐ Chapter 7      ☐ Chapter 11     ☑ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business       ☐ Business | **Filing Fee** (Check one box)<br>☐ Full Filing Fee attached<br>☑ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☑ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                                                               FORM B1, Page 2

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>WEINBERG, ROBERT PAUL |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: N/A | Case Number: N/A | Date Filed: N/A |
|---|---|---|
| District: N/A | Relationship: N/A | Judge: N/A |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. CHAPTER 13.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Debtor

X _____
Signature of Joint Debtor

207-562-8779
Telephone Number (If not represented by attorney)

3/9/05
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

ROBERT PAUL WEINBERG
_____
Debtor

Case #: _____

Chapter: _13_

## **CERTIFICATION OF CREDITOR MATRIX**

I hereby certify that the attached matrix, consisting of _14_ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

_____
Attorney for Debtor, or Debtor if pro se

Dated: _3/10/05_

Account Solutions Group
PO Box 628
Buffalo, NY 14240


Alegis Group
PO Box 740948
Houston, TX 77274


Alliance One
PO Box 3100
Southeastern, PA 19398


American Express
PO Box 7871
Fort Lauderdale, FL 33329


Arrow Financial Services
7301 N. Lincoln Ave
Lincolnwood, IL 60712


Associated Recovery Systems
201 West Grand Avenue
Escondido, CA 92025


Bangor Savings Bank
28 Main Street
PO Box 515
Dixfield, ME 04224


Bank of America
PO Box 1597
Norfolk, VA 23501


Bank of America Corp
PO Box 52326
Phoenix, AZ 85072

Bank of Boston
315 Court Street
Utica, NY 13502


Bank One
800 Brooksedge Bv 3 West
Westerville, OH 43081


Bank One Financing
PO Box 17198
Wilmington, DE 19850


Bank of New York
100 Duffy Ave
Hicksville, NY 11801


BMW Financial
PO Box 78103
Phoenix, AZ 85062


BMW Motorcycles
PO Box 3680
Dublin, OH 43016


Boston Medical Center
PO Box 845235
Boston, MA 02284


Boyd/Smith Inc.
The United Company
221 Massachusetts Avenue
Boston, MA 02115


Capital One
PO Box 85167
Richmond, VA 23285


Capital One Bank
4851 Cox Road
Glen Allen, VA 23060

Maryann Cappuccio
70 Chelsea Street
E. Boston, MA 02128


Cavalry Portfolio Services
7 Skyline Drive, 3rd Floor
Hawthorne, NY 10532


C.E.I. Management Corp.
PO Box 250
Revere, MA 02151


Dr. Andrea Celenza
32 Ingleside Rd
Lexington, MA 02420


Chase Bank NA
4915 Independence Parkway
Tampa, FL 33634


Citibank
8787 Baypine Road
Jacksonville, FL 32256


Citibank Corp
PO Box 6003
Hagerstown, MD 21747


Citi Cards Credit
8725 W. Sahara Ave
The Lakes, NV 89163


Citibank NA
PO Box 6241
Sioux Falls, SD 57117
Citicorp Credit Services
7930 NW 110th Street
Kansas City, MO 64153

City of Cambridge Traffic
344 Broadway
Cambridge, MA 02139


City of Boston Parking
PO Box 55801
Boston, MA 02205


Client Services
3451 Harry S. Truman
St. Charles, MO 63301


Cohen, Auger, Burns & Hard
39 Grand Street
Hartford, CT 06106


Lourdes Colon
c/o Atty. Stanley Spero
Spero and Jorgenson
24 Thorndike Street
Cambridge, MA 02141


Compuserve
PO Box 28650
Jacksonville, FL 32226


Concord Servicing Corp
4725 N. Scottsdale Rd, Suite 300
Scottsdale, AZ 85251


Conseco Finance
345 St. Peter Street
Saint Paul, MN 55102


Countrywide Home Loans
450 American St
Simi Valley, CA 93065

Creditors Interchange
5230 Washington Street
West Roxbury, MA 02132


Vincent DiCianni
c/o Atty. Susan Cohen
Peabody & Arnold
30 Rowes Wharf
Boston, MA 02110


Discover Financial Services
PO Box 15316
Wilmington, DE 19850


Dixfield Discount Fuel
PO Box 236
Dixfield, ME 04224


Dixfield Water and Sewer
PO Box 808
Dixfield, ME 04224


DMCCB
17600 N. Perimeter Drive
Scottsdale, AZ 85255


Eastern Air Center
Norwood Memorial Airport
125 Access Road
Norwood, MA 02062


Ecast Settlement Corp
383 Madison Ave
New York, NY 10179


Equifax
PO Box 740256
Atlanta, GA 30374

Experian
PO Box 2002
Allen, TX 75013


Ferriter Scobbo Caruso & Rodophele
c/o Atty. George Berman
Peabody & Arnold
30 Rowes Wharf
Boston, MA 02110


Filenes
PO Box 8089
Lorain, OH 44055


First USA Bank
800 Brooksedge Bv 3 West
Westerville, OH 43081


Fleet Bank
111 Westminster Street
Providence, RI 02903


Fleet Corp
6502 South Yale Ave
Tulsa, OK 74136


Professor John Flym
62 Cargill Hall
400 Huntington Avenue
Boston, MA 02115


FMA Alliance
11811 North Freeway, Suite 900
Houston, TX 77060


FNANB
225 Chastain Meadows Ct
Kennewaw, GA 30144

Ford Motor Credit
PO Box 542000
Omaha, NE 68154


GC Services
6330 Gulfton
Houston, TX 77081


GECCCC
600 Hart Road
Barrington, IL 60010


GE Consumer Credit
PO Box 6150
Rapid City, SD 57709


Gentle Dental Associates
131 Tremont Street
Boston, MA 02111


Greater Lowell YMCA
35 YMCA Drive
Lowell, MA 01852


Greentree
PO Box 6150
Rapid City, SD 57709


Homeside Lending
PO Box 47524
San Antonio, TX 78265


Household Bank
PO Box 98706
Las Vegas, NV 89193

Claudia Hunter
c/o Atty. Doyle Valley
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210


Law firm of Hunter & Bobit
c/o Atty. Doyle Valley
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210


Inquisitor Investigation
3386 Holland Road
Virginia Beach, VA 23452


Mitchell N. Kay, P.C.
2000 Commonwealth Avenue
Newton, MA 02466


Kentucky Higher Education Student Loans
10180 Linn Station Rd, Suite C200
PO Box 24328
Louisville, KY 40224


LDC Collection Systems
270 Congress Street
5th Floor, Russia Wharf
Boston, MA 02210


L&M Heating
PO Box 489
Canton, ME 04221


Dr. Sten Lofgren
1264 Main Street
Concord, MA 01742

Atty. Thomas Mango
Rubin & Rudman
50 Rowes Wharf
Boston, MA 02110



Massachusetts Dept of Revenue
PO Box 7065
Boston, MA 02204



MBNA America
PO Box 15026
Wilminton, DE 19801



MBNA Consumer Finance
PO Box 981053
El Paso, TX 79998



MCI
500 Technology Drive, Suite 820
Weldon Spring, MO 63304



Monterey Collection Services
PO Box 4658
Carlsbad, CA 92018



Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210



National Action Financial Services
PO Box 9027
Williamsville, NY 14231



National Financial
6851 Jericho Turnpike
Syosset, NY 11791

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


NY Dept of Taxation
State Processing Center
PO Box 61000
Albany, NY 12261


Novus Services Inc
2500 Lake Cook Road
Riverwoods, IL 60015


Ocean Reef Yacht Club
Concord Servicing Corporation
PO Box 29352
Phoenix, AZ 85038


Oxford Management Services
CS 9018
Melville, NY 11747


Ocean Reef Yacht
3200 Broadmoor Ave SE
Grand Rapids, MI 49512


OSI Collection Systems
PO Box 946
Brookfield, WI 53008


Palmer and Dodge LLP
111 Huntington Avenue
Boston, MA 02199


Parking Clerk
City of Boston
PO Box 55801
Boston, MA 02205

Peabody & Arnold
30 Rowes Wharf
Boston, MA 02110


Pennsylvania Dept of Revenue
1 Revenue Place
Harrisburg, PA 17129


Phillips and Cohen Associates
49 Winter Street
Weymouth, MA 02188


Pioneer Credit Recovery
400 Boston Post Road
Sudbury, MA 01776


Plaza Associates
PO Box 18008
Hauppauge, NY 11788


Portfolio Recovery Associates
120 Corporate Blvd
Norfolk, VA 23502


Privileged Assets
American Partners Life Insurance Co.
1751 AXP Financial Center
Minneapolis, MN 55474


Progressive Insurance
PO Box 31260
Tampa, FL 33631


ProMutual Insurance Group
c/o Atty. Jane Guevremont
Palmer and Dodge LLP
111 Huntington Avenue
Boston, MA 02199

Providian
PO Box 660490
Dallas, TX 75266


PVN/C
PO Box 9201
Old Bethpage, NY 11804


Radio Shack Credit Plan
Processing Center
Des Moines, IA 50364


Receivables Outsourcing
1922 Greenspring Road
Timonium, MD 21093


Risk Management Alternatives
PO Box 105291
Atlanta, GA 30348


Sears Premier Card
PO Box 182149
Columbus, OH 43218


Security Credit Systems
1250 Niagara Street
Buffalo, NY 14213


Atty. Stanley Spero
Spero & Jorgenson
24 Thorndike Street
Cambridge, MA 02141


Stanley's Furniture
77 Congress Street
Rumford, ME 04276

State Farm Insurance
PO Box 8000
Ballston Spa, NY 12020


Linda Stein
81 New Estate Road
Littleton, MA 01460


Atty. Robert Stolzberg
Charmoy, Stolzberg & Holian
233 Lewis Wharf, 2nd Floor
Boston, MA 02110


Clerk, Suffolk Superior Court
Civil Action SUCV2004-03026-E
90 Devonshire Street, 8th Floor
Boston, MA 02109


T-Mobile
3407 W Dr Martin Luther King
Tampa, FL 33607


Town of Dixfield
PO Box 808
Dixfield, ME 04224


Toyota Financial Service
5005 N. River Blvd NE
Cedar Rapids, IA 52411


Transamerica Bank
5595 Trillium Blvd
Hoffman Estates, IL 60192


TransUnion
PO Box 6790
Fullerton, CA 92834

United Recovery Systems
30 Domino Drive, Suite E
Concord, MA 01742


Universal Card
8787 Baypine Road
Jacksonville, FL 32256


U.S. Sprint
6360 Sprint Parkway
Carver A
Overland Park, KS 66251


Verizon Wireless
PO Box 489
Newark, NJ 07101


Washington Mutual Bank
11200 W. Parkland Ave
Milwaukee, WI 53224


Washington Mutual Home Loans
7255 Baymeadows Way
Jacksonville, FL 32256